**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**James Olive ROWLAND, Defendant–
Appellant.**

**No. 02–6219.**

United States Court of Appeals,
Fourth Circuit.

Submitted June 13, 2002.

Decided June 18, 2002.

James Olive Rowland, Appellant Pro Se. Sandra Jane Hairston, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

James Olive Rowland seeks to appeal the district court's order denying as untimely his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. *See United States v. Rowland,* Nos. CR–90–284; CA–01–560–1 (M.D.N.C. Dec. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*